# Notice Recipients

District/Off: 0314–1   User: AutoDocketer   Date Created: 1/8/2026
Case: 1:26–bk–00020–HWV   Form ID: ntdeffil   Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Craig A. Diehl     cdiehl@cadiehllaw.com

                           TOTAL: 1