# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−1 | User: AutoDocketer | Date Created: 1/8/2026 |
| Case: 1:26−bk−00020−HWV | Form ID: 309A | Total: 21 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Jonathan A. Patrono | 2795 Biglerville Road | Gettysburg, PA 17325 | |
| ust | United States Trustee | US Courthouse | 1501 N. 6th St | Harrisburg, PA 17102 |
| tr | Lawrence V. Young | CGA Law Firm | (Trustee) | 135 North George Street    York, PA 17401 |
| aty | Craig A. Diehl | 3464 Trindle Road | Camp Hill, PA 17011−4436 | |
| 5770738 | Capital One | Attn: Bankruptcy | P.O. Box 30285 | Salt Lake City, UT 84130 |
| 5770739 | Chase Card Services | Attn: Bankruptcy Services | P.O. Box 15299 | Wilmington, DE 19850 |
| 5770740 | Citi Card/Best Buy | Attn: Citicorp CR SRVS | P.O. Box 790040 | Saint Louis, MO 63179 |
| 5770741 | Citi Card/Home Depot | Attn: Citicorp CR SRVS | P.O. Box 790046 | Saint Louis, MO 63179 |
| 5770742 | H&M Holdings Group, LLC | c/o Paige Macdonald−Matthes | 200 Locust Street, Ste 400 | Harrisburg, PA 17101−1508 |
| 5770743 | Hannah Hauser | c/o Paige Macdonald−Matthes | 200 Locust Street, Ste 400 | Harrisburg, PA 17101−1508 |
| 5770744 | Internal Revenue Service | Bankruptcy Section | P.O. Box 7346 | Philadelphia, PA 19101−7346 |
| 5770745 | Melinda Davis | c/o Paige Macdonald−Matthes | 200 Locust Street, Ste 400 | Harrisburg, PA 17101−1508 |
| 5770746 | Melisa Patrono | 2795 Biglerville Road | Gettysburg, PA 17325 | |
| 5770747 | Members 1st Federal Credit Union | P.O. Box 77404 | Trenton, NJ 08628 | |
| 5770748 | Pennsylvania Department of Revenue | Bureau of Compliance | Dept. 280946 | Harrisburg, PA 17108−0946 |
| 5770749 | Stellar Financial | Attn: Bankruptcy | 1700 S Lamar, Ste #338 | Austin, TX 78704 |
| 5770750 | Synchrony Bank/Amazon | Attn: Bankrutpcy | P.O. Box 965060 | Orlando, FL 32896 |
| 5770751 | Synchrony Bank/Care Credit | Attn: Bankrutpcy | P.O. Box 965060 | Orlando, FL 32896 |
| 5770752 | Synchrony Bank/Gap | Attn: Bankrutpcy | P.O. Box 965060 | Orlando, FL 32896 |
| 5770753 | Synchrony Bank/Lowes | Attn: Bankrutpcy | P.O. Box 965060 | Orlando, FL 32896 |
| 5770754 | Synchrony Bank/Sams Club | Attn: Bankrutpcy | P.O. Box 965060 | Orlando, FL 32896 |

                                                                                                                  TOTAL: 21