# Notice Recipients

District/Off: 0314–1   User: AutoDocketer   Date Created: 1/8/2026
Case: 1:26–bk–00020–HWV   Form ID: 309A   Total: 21

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Jonathan A. Patrono | 2795 Biglerville Road   Gettysburg, PA 17325 |
| ust | United States Trustee | US Courthouse   1501 N. 6th St   Harrisburg, PA 17102 |
| tr | Steven M. Carr | Ream Carr Markey Woloshin & Hunter LLP   (Trustee)   119 East Market Street   York, PA 17401 |
| aty | Craig A. Diehl | 3464 Trindle Road   Camp Hill, PA 17011–4436 |
| 5770738 | Capital One | Attn: Bankruptcy   P.O. Box 30285   Salt Lake City, UT 84130 |
| 5770739 | Chase Card Services | Attn: Bankruptcy Services   P.O. Box 15299   Wilmington, DE 19850 |
| 5770740 | Citi Card/Best Buy | Attn: Citicorp CR SRVS   P.O. Box 790040   Saint Louis, MO 63179 |
| 5770741 | Citi Card/Home Depot | Attn: Citicorp CR SRVS   P.O. Box 790046   Saint Louis, MO 63179 |
| 5770742 | H&M Holdings Group, LLC | c/o Paige Macdonald–Matthes   200 Locust Street, Ste 400   Harrisburg, PA 17101–1508 |
| 5770743 | Hannah Hauser | c/o Paige Macdonald–Matthes   200 Locust Street, Ste 400   Harrisburg, PA 17101–1508 |
| 5770744 | Internal Revenue Service | Bankruptcy Section   P.O. Box 7346   Philadelphia, PA 19101–7346 |
| 5770745 | Melinda Davis | c/o Paige Macdonald–Matthes   200 Locust Street, Ste 400   Harrisburg, PA 17101–1508 |
| 5770746 | Melisa Patrono | 2795 Biglerville Road   Gettysburg, PA 17325 |
| 5770747 | Members 1st Federal Credit Union | P.O. Box 77404   Trenton, NJ 08628 |
| 5770748 | Pennsylvania Department of Revenue | Bureau of Compliance   Dept. 280946   Harrisburg, PA 17108–0946 |
| 5770749 | Stellar Financial | Attn: Bankruptcy   1700 S Lamar, Ste #338   Austin, TX 78704 |
| 5770750 | Synchrony Bank/Amazon | Attn: Bankrutpcy   P.O. Box 965060   Orlando, FL 32896 |
| 5770751 | Synchrony Bank/Care Credit | Attn: Bankrutpcy   P.O. Box 965060   Orlando, FL 32896 |
| 5770752 | Synchrony Bank/Gap | Attn: Bankrutpcy   P.O. Box 965060   Orlando, FL 32896 |
| 5770753 | Synchrony Bank/Lowes | Attn: Bankrutpcy   P.O. Box 965060   Orlando, FL 32896 |
| 5770754 | Synchrony Bank/Sams Club | Attn: Bankrutpcy   P.O. Box 965060   Orlando, FL 32896 |

TOTAL: 21