# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jonathan A. Patrono,

**Debtor 1**

Chapter 7

Case No. 1:26−bk−00020−HWV

## Notice

You may have previously received a Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines in the case noted above. Please disregard the previously received notice due to the Appointed Trustee having rejected the appointment to the case.

Steven M. Carr has been appointed as the successor Trustee and a new Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines is attached hereto.

| Address of the Bankruptcy Clerk's Office: Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | For the Court: Seth F. Eisenberg Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 8, 2026 |

nttterej(05/18)