# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jonathan A. Patrono, | Chapter 7 |
| **Debtor 1** | Case No. 1:26–bk–00020–HWV |

Social Security No.:
xxx–xx–0821

Employer's Tax I.D. No.:

## Notice

You were mailed a Meeting of Creditors Notice in the above–referenced case. A correction was made to the information contained in that notice as stated below:

- Presumption of Abuse

The below dates may be the same as on the original notice, unless any changes were required. All other information on the original 341 Notice will remain in full force and effect.

The Meeting of Creditors will be held:

| | |
|---|---|
| Meeting held in Zoom, visit join.zoom.us, Enter Meeting ID 259 203 5896, Click on JOIN using passcode 0745051560, or call 1–267–552–4893.<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: February 4, 2026<br><br>Time: 01:30 PM |

**Presumption of Abuse under 11 U.S.C. § 707(b): Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.**

**Deadline to:**

File a Complaint Objecting to Discharge of Debtor *or* to Determine Dischargeability of Certain Debts: **April 12, 2026 .**

Object to Exemptions: **Thirty (30) days after the *conclusion* of the meeting of creditors.**

File a Proof of Claim (except a governmental unit): **Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

Initial requests for a continuance of hearing ( *L.B.F. 9013–4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074–1.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102
(717) 901–2800

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**
Seth F. Eisenberg
Clerk of the Bankruptcy Court:
By: RyanEshelman, Deputy Clerk

Date: January 9, 2026

ntcor341(04/20)