| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| JONATHAN A. PATRONO | : | CASE NO: 1:26-bk-00020HWV |
| Debtor | : | |
| | : | CHAPTER 13 |

## MOTION OF DEBTOR FOR ORDER EXTENDING TIME
## PERIOD TO FILE SCHEDULES

AND NOW, comes Debtor, Jonathan A. Patrono, in the above-captioned case, and hereby moves this Court, pursuant to Rule 9006 of the United States Bankruptcy Rules, to enter an Order thereby extending the time in which Debtor shall file his remaining bankruptcy schedules, respectfully stating in support thereof:

1. On January 7, 2026, Debtor filed an emergency Chapter 13 Bankruptcy Petition in the above-referenced case.

2. Debtor has made significant progress towards completion of his bankruptcy schedules; however, he will need additional time to complete all of the schedules.

3. Debtor expects to have compiled all remaining information within fourteen (14) days of the date an Order is executed.

WHEREFORE, said Debtor respectfully requests that this Honorable Court enter an Order extending the date to file his remaining bankruptcy schedules by no later than fourteen (14) days from the date of said Order.

Respectfully submitted,

LAW OFFICES OF CRAIG A. DIEHL

Date: January 21, 2026

By: /s/Craig A. Diehl, Esq., CPA
Craig A. Diehl, Esquire
3464 Trindle Road
Camp Hill, PA 7011
(717) 763-7613
Attorney for Debtor