| In Re: | : | |
|---|---|---|
| | : | No. 1-26-BK-00020 |
| JONATHAN A. PATRONO | : | |
| | : | |
| Debtor | : | Chapter 7 |

### APPLICATION TO APPOINT STEVEN M. CARR, ESQUIRE AND THE LAW FIRM OF REAM CARR MARKEY WOLOSHIN & HUNTER, LLP AS ATTORNEY FOR THE ESTATE

**TO THE HONORABLE BANKRUPTCY JUDGE:**

1. That STEVEN M. CARR, was appointed Trustee in the above-captioned matter January 8, 2026.

2. That the Trustee requires the services of an attorney to represent him with respect toall legal matters on behalf of the Estate.

3. That the Trustee proposes to retain Steven M. Carr, Esquire and the Law Firm of Ream Carr Markey Woloshin & Hunter, LLP, 119 East Market Street, York, PA 17401-1278 asattorney for the Estate.

4. That Steven M. Carr, Esquire and the Law Firm of Ream Carr Markey Woloshin & Hunter, LLP have the requisite knowledge and experience in bankruptcy law to perform the required services for the Estate.

5. The proposed attorneys are disinterested parties within the meaning of 11 U.S.C. Section 101(3), and have no interest adverse to the interests of the Estate with respect to the matters on which the employment is made and has executed an Affidavit of Disinterest which isattached hereto and incorporated by reference herein.

6. Compensation for representation if the Estate is to be made on an hourly basis with application to the Court for payment. The initial hourly rates are:

Steven M. Carr, Esquire $400.00 per hour
Paralegal services $130.00 per hour

WHEREFORE, the Trustee request the Court to enter an Order appointing Steven M. Carr, Esquire and the Law Firm of Ream Carr Markey Woloshin & Hunter, LLP, as attorney for the Estate.

Respectfully submitted,

/s/ Steven M. Carr, Esquire
Steven M. Carr, Esquire
Ream Carr Markey Woloshin
& Hunter
Attorney ID: 34336
119 East Market Street
York, PA 17401-1278
(717) 843-8968