UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN A. PATRONO<br>Debtor | :<br>: No. 1-26-BK-00020<br>: |
| STEVEN M. CARR, TRUSTEE:<br>Movant | <br>: |
| | : Chapter 7 |
| vs | :<br>: |
| H&M HOLDINGS GROUP, LLC<br>HAUSER FAMILY FARMS, LLC<br>MELINDA H. DAVIS<br>HANNAH M. HAUSER<br>Respondents | :<br>:<br>:<br>:<br>: |

AMENDED NOTICE

Notice is hereby given that Steven M. Carr, Trustee has filed a Motion to Sell Debtor's 1/6 interest in realty situate at Heckenluber Road, Butler and Menallen Twps, Adams County, PA to Arturo Ottolenghi or his assigns for a sale price of $100,000.00. The Debtor's interest in the realty is subject to a judgment lien of Respondents in excess of $4 million dollars.

Normal and customary public sale expenses, including transfer tax, will be first paid from the proceeds generated from the sale. The balance of the proceeds after expenses of sale and after a carve-out of $10,000.00 for the benefit of unsecured creditors will be distributed to the secured creditors, in their order of priority. Thus, the sale will result in proceeds being available for the benefit of unsecured creditors. Respondents have also waived their right to file a Proof of Claim as an unsecured creditor with regard to the carve-out funds.

The Motion is available for inspection and review in the Clerk's Office, United States Bankruptcy Court, Middle District, Sylvia H. Rambo US Courthouse, 1501 North 6th Street, Harrisburg, PA 17102. (717)-901-2800.

The real estate to be sold may be examined prior to sale, and any interested party may be afforded an opportunity to examine the property prior to sale by contacting the Trustee, Steven M. Carr, Esquire at 119 East Market Street, York, Pennsylvania, 17401 (717) 843-8968. Any objection filed, or higher offer submitted, shall be served on Steven M. Carr, Esquire, counsel for the Trustee, 119 East Market Street, York, Pennsylvania, 17401. Inquiries should also be directed to the Trustee and not the Clerk of the Bankruptcy Court.

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to local rule 2002-1(a) the Court will consider this Motion without further notice or hearing unless a party in interest files an objection on or before **August 13, 2026.**

If you do not file an objection within the time permitted, the Court will deem the Motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Steven M. Carr, Trustee
119 E. Market Street
York, PA 17401

Hours Open: Monday-Friday 9:00 AM- 4:00 PM

For the Court:
Clerk of the Bankruptcy Court
Seth F. Eisenberg

**Date: July 23, 2026**